JAY EDELMAN

v.

ELVIRA HENDERSON, Appellant

No. 15,328

United States Court of Appeals
Third Circuit

Argued September 14, 1965

Decided November 10, 1965

See, also, 353 F.2d 211

A. CUYLER TEN EYCK, ESQ., Christiansted, St. Croix, Virgin Islands, *for appellant*

JOHN D. MARSH, ESQ. (YOUNG, ISHERWOOD & MARSH), Christiansted, St. Croix, Virgin Islands, *for appellee*

Before BIGGS, *Chief Judge,* and KALODNER and SMITH, *Circuit Judges*

OPINION OF THE COURT

PER CURIAM

An examination of the record in this appeal and consideration of the arguments of the parties convince us that the court below committed no error. Consequently the order of the District Court granting the preliminary injunction will be affirmed.